## Commonwealth *v.* Furry et al., Appellants.

Argued September 8, 1969. *Thomas S. McCready,* for appellants; *James A. Wimmer,* Assistant District Attorney, with him *John Deutsch,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gibbs, Appellant.

Submitted September 8, 1969. *David Zwanetz,* for appellant; *Nicholas Sellers* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.